STAN S. MALLISON (Bar No. 184191)
StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
HectorM@TheMMLawFirm.com
LILIANA GARCIA (Bar No. 311396)
LGarcia@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff

ANDREW SOMMER (Bar No. 192844)
CONN MACIEL CAREY LLP
870 Market Street, Suite 1151
San Francisco, California 94102
Telephone: (415) 268-8894
Facsimile: (415) 268-8889
asommer@connmaciel.com

Attorneys for Defendants
Shamrock Foods Company and John Fernandes

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GLENN FITE, individually and acting on behalf of a class of similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>SHAMROCK FOODS COMPANY, an Arizona Corporation, JOHN FERNANDES, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 2:21-cv-00023-JAM-KJN<br><br>Before the Hon. John A. Mendez<br><br>**STIPULATION CONSENTING TO PLAINTIFF'S FILING FIRST AMENDED COMPLAINT; ORDER**<br><br>**[Pursuant to Fed. R. Civ. Proc. 15(a)(2)]** |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD**:

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff GLENN FITE, ("Plaintiff") by and through his counsel of record, Mallison & Martinez, and Defendants SHAMROCK FOODS COMPANY and JOHN FERNANDES (collectively, "Defendants") by and through their counsel of record, Conn Maciel Carey LLP, stipulate to the filing of Plaintiff's First Amended Complaint. In support of this stipulation, the Parties state as follows:

WHEREAS, Plaintiff filed his Complaint against Defendants on January 5, 2021;

WHEREAS, in the Complaint, Plaintiff sets forth eight (8) claims for relief on behalf of himself and a class of similarly situated individuals;

WHEREAS, Defendants have informed Plaintiff of the existence of an alleged arbitration agreement, which purportedly covers the individual and class claims at issue;

WHEREAS, Defendants must file a responsive pleading no later than April 23, 2021;

WHEREAS, in order to avoid unnecessary law and motion practice, Plaintiff and Defendants have consented to the dismissal of Plaintiff's individual and class claims without prejudice;

WHEREAS, Defendants consent to Plaintiff filing a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

NOW THEREFORE, the Parties STIPULATE as follows and respectfully request the Court adopt as an order:

1. Plaintiff is permitted to file a First Amended Complaint no later than 7 days after the Court's order granting Plaintiff leave to file the First Amended Complaint.

2. Defendants shall file a responsive pleading to the First Amended Complaint within 21 days of service of the filed First Amended Complaint.

3. The deadline for Defendants to file a responsive pleading to the original Complaint is stayed pending the Court's decision on this stipulation.

//

Respectfully submitted,

Dated: April 19, 2021  **MALLISON & MARTINEZ**

By: /s/ Liliana Garcia

Stan S. Mallison
Hector R. Martinez
Liliana Garcia

Attorneys for Plaintiff

Dated: April 19, 2021  **CONN MACIEL CAREY, LLP**

By: /s/ Andrew Sommer

Andrew Sommer

Attorneys for Defendants
Shamrock Foods Company and John Fernandes

**ORDER**

The Court, having fully considered the Parties' Stipulation Consenting to Plaintiff's Filing First Amended Complaint, HEREBY ORDERS as follows:

1. Plaintiff is permitted to file a First Amended Complaint no later than 7 days after the date of this order.
2. Defendants shall file a responsive pleading to the First Amended Complaint within 21 days of service of the filed First Amended Complaint.

**IT IS SO ORDERED.**

DATED:  April 19, 2021                        /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE