UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN FITE, representing the State of California pursuant to the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>SHAMROCK FOODS COMPANY, an Arizona Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | **CASE NO. 2:21-cv-00023-JAM-KJN**<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NO MORE THAN 28 DAYS**<br><br>**[ECF No. 14]** |

FOR GOOD CAUSE SHOWN, the Court hereby grants the joint motion to extend time to respond to the First Amended Complaint. The deadline for Defendant, Shamrock Foods Company, to respond to Plaintiff Glenn Fite's First Amended Complaint is extended to June 4, 2021.

**IT IS SO ORDERED.**

DATED: May 21, 2021        /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE